1  Lawrence Brewster
   Regional Solicitor
2  Daniel J. Chasek
   Associate Regional Solicitor
3  Danielle L. Jaberg (CSBN #256653)
   Counsel for ERISA
4  Luis A. Garcia, Attorney (CSBN #146876)
   Office of the Solicitor (Sol#0918570)
5  United States Department of Labor
6  350 So. Figueroa St., Suite 370
   Los Angeles, California 90071-1202
7       Telephone: (213) 894-2681
        Facsimile:  (213) 894-2064
8  jaberg.danielle@dol.gov
   garcia.luis.a@dol.gov
9
   Attorneys for Hilda L. Solis, the Secretary of Labor
10 United States Department of Labor

11

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15

16  HILDA L. SOLIS,*                    ) Case No. CV05-5890 R (Ex)
    Secretary of the United States Department of )
17  Labor,                              )
                                        ) [Proposed]
18              Plaintiff-Petitioner,   ) ORDER TO SHOW CAUSE
                                        )
19      v.                              )
                                        )
20  COMMUNICATIONS 2000, INC.,          )
    a California corporation; KENNETH OWEN, )
21  an individual; KAREN MARS, an individual; )
    COMMUNICATIONS 2000, Inc. 401(k)    )
22  PLAN, an employee pension benefit plan; and )
    COMMUNICATIONS 2000, INC.,          )
23  WELFARE PLAN, an employee welfare   )
    benefit plan,                       )
24              Defendants-Respondent.  )
                                        )
25  ─────────────────────────────────

26  * Pursuant to Rule 25(d)(1) of the Federal Rules of
    Civil Procedure, the caption of this action has been
27  amended to reflect the appointment of Secretary Solis.

28

1  Plaintiff-Petitioner, Hilda Solis, Secretary of Labor, United States Department of
2  Labor, having filed her second petition for the prosecution by this Court of Defendant-
3  Respondent, KENNETH OWEN, an individual, for civil contempt of court, and in sup-
4  port of the Petition having alleged that Defendant-Respondent has refused to comply
5  with the Consent Judgment of this Court entered on October 19, 2006, and having failed
6  to comply with this Court's Order Granting Plaintiff-Petitioner's Petition for Prosecution
7  of Civil Contempt of the Court Against Kenneth Owen dated June 17, 2010 (hereafter
8  referred to as the "Order"), and
9  It appearing to this Court that good cause has been shown that Defendant-
10 Respondent should be prosecuted for civil contempt of this Court; it is hereby
11 **ORDERED** that at ~~1:30 pm~~ 10:00 am on January 28, 2011, in ~~the~~ Courtroom 8 in the United
12 States District Court for the Central District of California, ~~Room 1430~~, located at ~~255~~ 312
13 ~~East Temple~~ No. Spring Street, Los Angeles, California, before Judge Manuel L. Real, ~~and usually occupied by the undersigned~~
14 ~~United States District Judge~~, Defendant-Respondent shall appear and show cause, if
15 there be any, why he should not be adjudged guilty of civil contempt of this Court's
16 Consent Judgment entered on October 19, 2010 and this Court's Order; and it is further
17 **ORDERED** that an investigator for Employment Benefit Security Administration
18 shall forthwith serve copies of this order and of the aforesaid petition and supporting pa-
19 pers on Defendant-Respondent; and it is further
20 **ORDERED** that not later than 14 days prior to the hearing Defendant-Respondent
21 shall file his response specifically admitting or denying the allegations of the petition
22 herein and that a copy of the response shall be served upon the attorneys for the Plain-
23 tiff-Petitioner in accordance with Rule 5(b) of the Federal Rules of Civil Procedure; and
24 it is further
25 ////
26 ////
27 ////
28

1  **ORDERED** that Plaintiff-Petitioner shall file and serve any reply to Respondent's
2  response not later than 5 days prior to the hearing.

3  Dated this 3rd day of January, 2010

_____
U.S. District Judge